UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-23002-CIV-COOKE



YAQUELIN SOTO, as Personal
Representative of the Estate
of CARLOS MANUEL ACOSTA,
deceased,

      Plaintiff,

v.

WILLIAM BELL; BARBARO HERNANDEZ;
OSVALDO RODRIGUEZ; ERIC WILSON;
MANUEL ALVAREZ-JACINTO; NORBERTO
ALVAREZ; individually; RAUL MARTINEZ,
individually; ROLANDO BOLANOS, individually;
CITY OF HIALEAH, a municipality,

      Defendants.
_____/

## NOTICE OF DROPPING CLAIMS

Plaintiff, Yaqueline Soto, as Personal Representative of the Estate of Carlos Manuel Acosta, deceased, by and through undersigned counsel, gives notice of dropping claims contained in Counts I through IV of the complaint, only, with prejudice in the instant matter.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed and faxed to Alan E. Krueger, Esq., Assistant City Attorney for the City of Hialeah, at City of Hialeah, 501 Palm Avenue, Hialeah, Florida 33011-0040 and Eric Greenwald, Esq., of Akerman, Senterfitt & Eidson, P.A., Sun Trust International Center, 28th Fl., at 1 S.E. 3rd Ave., Miami, FL 33131 on

Notice of Dropping Claims
Case No. 03-23002-CIV-COOKE
Page No. 2

this 23rd day of August, 2004.

                                  Law Offices of
                                  A. FRANCISCO ARECES, P.A.
                                  Attorneys for the Plaintiff
                                  150 Alhambra Circle, Suite 1270
                                  Coral Gables, FL 33134
                                  Telephone: (305) 444-5000
                                  Facsimile: (305) 444-5004

                                  By: _____
                                        A. Francisco Areces, Esq.